October 25, 1979.

M. P. No. 79-316.   STATE *v.* JOHN J. TARVIS. The petition for writ of habeas corpus is denied. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for plaintiff-respondent. *John J. Tarvis,* pro se, for defendant-petitioner.

M. P. No. 79-322.   TOWN OF SOUTH KINGSTOWN *v.* RHODE ISLAND OIL CO., INC. *et al.* The petition for writ of certiorari is denied. *Mark S. Spangler,* for petitioner. *Hogan & Hogan, Donald J. Packer, Thomas S. Packer,* for respondents.

M. P. No. 79-372.   THE SCHOOL COMMITTEE OF THE CITY OF PROVIDENCE *v.* BOARD OF REGENTS FOR EDUCATION. The petition for writ of certiorari is denied. *Vincent J. Piccirilli,* for petitioner. *Natale L. Urso, Thomas J. Liguori, Jr.,* for respondent.

C. A. No. 77-201.   STATE *v.* JULIO J. ARROYO. The petition to reargue is denied. *Dennis J. Roberts II,* Attorney General, *David A. Cooper,* Special Assistant Attorney General, for petitioner. *William F. Reilly,* Public Defender. *Mary B. Levesque,* Assistant Public Defender, for respondent.

October 26, 1979

M. P. No. 77-194.   CATHERINE A. GREENE *v.* GLORIA M. McDONALD, WARDEN, WOMEN'S DIVISION, ADULT CORRECTIONAL INSTITUTION. Being adjudged guilty of criminal contempt by a justice of the District Court, petitioner, Catherine A. Greene, filed this petition for a writ of habeas corpus, seeking relief from an order confining her in the Women's Division, Adult Correctional Institution, for a period of 30 days. Upon filing of her petition, she was released on bail pending consideration of her appeal by this court.

We have heard oral argument, considered the briefs submitted by counsel, examined both the record and the judge's certification. We find the record silent as to the circumstances surrounding the alleged offense, making proper consideration and review of the petition impossible. We hereby